# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INCARCERATED PERSON TREMAINE CARROLL, ET AL.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-06269-WLH-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fifth Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing objections to the Report and Recommendation has passed and no objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　It is hereby **ORDERED** that Judgment be entered dismissing this action without prejudice.  It is further **ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at her current address of record, as well

//

1 | as all defendants who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 12/15/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2