JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA BROWN,<br><br>Plaintiff,<br><br>v.<br><br>INCARCERATED PERSON TREMAINE CARROLL, ET AL.,<br><br>Defendants. | Case No. 2:24-cv-06269-WLH-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, it is hereby **ADJUDGED** that this action is dismissed without prejudice.

DATED: 12/15/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE